***E-Filed 7/20/09***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GREGORY BENDER, | No. 5:09 CV 1151 RS |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE RE: DISMISSAL** |
| NATIONAL SEMICONDUCTOR CORPORATION, a Delaware corporation, | |
| Defendant. | |

This action was filed on March 16, 2009, and on the same day, the Court issued a summons and filed its standard scheduling order. Other than filing an amended complaint, plaintiff has taken no further action to pursue the matter, and the summons has now expired. *See* Fed. R. Civ. P. 4(m) (providing that a summons expires 120 days after its issuance). The docket indicates that defendant has not been served.

IT IS HEREBY ORDERED that plaintiff shall appear on **August 19, 2009, at 9:30 a.m.** in Courtroom 4, United States Courthouse, 280 S. First Street, San Jose, California, and show cause why this case should not be dismissed without prejudice in accordance with Federal Rule of Civil

CASE NO. 5:09 CV 1151 RS
ORDER TO SHOW CAUSE RE: DISMISSAL

Procedure 4(m).  If plaintiff fails to show good reason for his failure to prosecute, the Court will recommend that the case be dismissed.

IT IS SO ORDERED.

Dated: 7/20/09

_____
RICHARD SEEBORG
United States Magistrate Judge