PAUL ALEXANDER (SBN 49997)
ANDREW Y. PIATNICIA (SBN 174691)
ANTHONY S. KIM (SBN 225703)
HOWREY LLP
1950 University Avenue, Fourth Floor
East Palo Alto, California  94303
Telephone:  (650) 798-3500
Facsimile:  (650) 798-3600
Email: alexanderp@howrey.com
       piatniciaa@howrey.com
       kimt@howrey.com

Attorneys for Defendant
NATIONAL SEMICONDUCTOR CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY BENDER,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>NATIONAL SEMICONDUCTOR CORPORATION, a Delaware Corporation,<br><br>　　　　　Defendant. | Case No. C 09-01151 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO CHANGE DATE OF CASE MANAGEMENT CONFERENCE AND DEADLINES FOR JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND RESPONSIVE PLEADING**<br><br>Previous Date for Hearing: October 9, 2009<br>New Date for Hearing: December 11, 2009<br>Courtroom 11, 19th Floor<br>Hon. Jeffrey S. White |

Stipulation and [Proposed] Order
to Change Date of CMC
Case No.  C 09-01151 JSW

DM_US:22441052_2

1  Pursuant to Civil L.R. 6-2 and 7-12, Plaintiff Gregory Bender ("Bender") and Defendant
2  National Semiconductor Corporation ("National Semiconductor"), hereby stipulate and request an
3  order to change the date set for the Court's initial case management conference in this action, and the
4  deadlines for the filing of a joint case management statement with the Court and service of a
5  responsive pleading as follows:

6  1. The Court's initial case management conference, previously scheduled for October 9,
7  2009 (Dkt. No. 16), shall be heard on December 11, 2009;
8  2. The parties shall file a joint case management statement pursuant to Civil L.R. 16-9 by
9  December 4, 2009; and
10 3. National Semiconductor shall serve a responsive pleading to Plaintiff's Amended
11 Complaint for Patent Infringement on or before October 30, 2009.

12 Good cause exists for the requested change of time. National Semiconductor filed a motion to
13 dismiss the Complaint, which was granted in part on September 9, 2009. (Dkt. No. 21.) Pursuant to
14 the Court's Order, Mr. Bender first made valid service of the complaint on September 16, 2009. (Dkt.
15 No. 22.) In view of these developments, the parties respectfully request that the Court grant this
16 Stipulation to Change Date.
17 No previous time modifications have occurred in this action.

Stipulation and [Proposed] Order   1
to Change Date of CMC
Case No. C 09-01151 JSW

DM_US:22441052_2

| | |
|---|---|
| 1  Dated: September 29, 2009 | Respectfully submitted, |
| 2  | |
| 3  | By: _____/s/ David N. Kuhn_____<br>         David N. Kuhn |
| 4  | |
| 5  | Attorney for Plaintiff<br>GREGORY BENDER |
| 6  Dated: September 29, 2009 | |
| 7  | |
| 8  | By: _____/s/ Paul Alexander_____<br>         Paul Alexander |
| 9  | |
| 10 | Attorneys for Defendant<br>NATIONAL SEMICONDUCTOR |
| 11 | CORPORATION |

13   Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, I

14  attest under penalty of perjury that concurrence in the filing of the document has been obtained from

15  David N. Kuhn, Esq.

16  Dated: September 29, 2009

18                                    By: _____/s/ Paul Alexander_____
                                                Paul Alexander

19

20  Attorneys for Defendant
    NATIONAL SEMICONDUCTOR
21  CORPORATION

23  PURSUANT TO STIPULATION, IT IS SO ORDERED.

25  Dated: September 30, 2009     _____[signature: Jeffrey S. White]_____
                                  Hon. Jeffrey S. White
26                                United States District Court
                                  Northern District of California

Stipulation and [Proposed] Order                    2
to Change Date of CMC
Case No. C 09-01151 JSW

DM_US:22441052_2