1   DANIEL J. BERGESON, Bar No. 105439
    dbergeson@be-law.com
2   MELINDA M. MORTON, Bar No. 209373
    mmorton@be-law.com
3   BERGESON, LLP
    303 Almaden Boulevard, Suite 500
4   San Jose, CA 95110-2712
    Telephone:  (408) 291-6200
5   Facsimile:  (408) 297-6000

6

7   Attorneys for Defendant
    NATIONAL SEMICONDUCTOR CORPORATION
8

9                   UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                   SAN FRANCISCO DIVISION

12

13   GREGORY BENDER,                         Case No. C09-01151 JSW

14                           Plaintiff,      [PROPOSED] ORDER GRANTING
                                             APPLICATION FOR ADMISSION
15        vs.                                OF ATTORNEY R. TERRANCE RADER
                                             *PRO HAC VICE*
16   NATIONAL SEMICONDUCTOR
     CORPORATION, a Delaware corporation,
17                                           Judge:  Hon. Jeffrey S. White
                           Defendant.        Place:  Courtroom 11
18

19                                           Date Filed: March 16, 2009
                                             Trial Date:  None Set
20

21

22

23

24

25

26

27

28

    [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION
    OF ATTORNEY R. TERRANCE RADER *PRO HAC VICE*                    C09-01151 JSW

1    R. TERRANCE RADER, an active member in good standing of the bar of Michigan and

2 the United States District Court for the Eastern District of Michigan, whose business address and

3 telephone number is R. Terrance Rader, of Rader, Fishman & Grauer PLLC, 39533 Woodward

4 Avenue, Suite 140, Bloomfield Hills, Michigan 48304, Telephone: (248) 594-0600, Facsimile:

5 (248) 594-0610, rtr@raderfishman.com, having applied in the above-entitled action for admission

6 to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant

7 National Semiconductor Corporation.

8    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

9 conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

10 *vice*. Service of papers upon and communication with co-counsel designed in the application will

11 constitute notice to the party. All future filings in this action are subject to the requirements

12 contained in General Order No. 45, Electronic Case Filing.

13 Dated: October 14 _____, 2009

14
_____

15 Judge Jeffrey S. White
UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

1

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION
OF ATTORNEY R. TERRANCE RADER *PRO HAC VICE*                    C09-01151 JSW