1  DANIEL J. BERGESON, Bar No. 105439
   dbergeson@be-law.com
2  MELINDA M. MORTON, Bar No. 209373
   mmorton@be-law.com
3  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
4  San Jose, CA 95110-2712
   Telephone: (408) 291-6200
5  Facsimile: (408) 297-6000

6

7  Attorneys for Defendant
   NATIONAL SEMICONDUCTOR CORPORATION
8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12

| GREGORY BENDER, | Case No. C09-01151 JSW |
|---|---|
| Plaintiff, | [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY R. TERRANCE RADER *PRO HAC VICE* |
| vs. | |
| NATIONAL SEMICONDUCTOR CORPORATION, a Delaware corporation, | Judge: Hon. Jeffrey S. White<br>Place: Courtroom 11 |
| Defendant. | Date Filed: March 16, 2009<br>Trial Date: None Set |

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION
OF ATTORNEY R. TERRANCE RADER *PRO HAC VICE*                     C09-01151 JSW

1  R. TERRANCE RADER, an active member in good standing of the bar of Michigan and
2  the United States District Court for the Eastern District of Michigan, whose business address and
3  telephone number is R. Terrance Rader, of Rader, Fishman & Grauer PLLC, 39533 Woodward
4  Avenue, Suite 140, Bloomfield Hills, Michigan 48304, Telephone: (248) 594-0600, Facsimile:
5  (248) 594-0610, rtr@raderfishman.com, having applied in the above-entitled action for admission
6  to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant
7  National Semiconductor Corporation.

8  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
9  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
10 *vice*. Service of papers upon and communication with co-counsel designed in the application will
11 constitute notice to the party. All future filings in this action are subject to the requirements
12 contained in General Order No. 45, Electronic Case Filing.

13 Dated: October 14, 2009

15 Judge Jeffrey S. White
   UNITED STATES DISTRICT JUDGE

---

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION
OF ATTORNEY R. TERRANCE RADER *PRO HAC VICE*                                C09-01151 JSW