DANIEL J. BERGESON, Bar No. 105439
dbergeson@be-law.com
MELINDA M. MORTON, Bar No. 209373
mmorton@be-law.com
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

Attorneys for Defendant
NATIONAL SEMICONDUCTOR CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY BENDER,<br><br>         Plaintiff,<br><br>vs.<br><br>NATIONAL SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>         Defendant. | Case No. C09-01151 JSW<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY THOMAS E. BEJIN *PRO HAC VICE*<br><br>Judge: Hon. Jeffrey S. White<br>Place: Courtroom 11<br><br>Date Filed: March 16, 2009<br>Trial Date: None Set |

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION
OF ATTORNEY THOMAS E. BEJIN *PRO HAC VICE*

C09-01151 JSW

1  THOMAS E. BEJIN, an active member in good standing of the bar of Michigan and the United States District Court for the Eastern District of Michigan, whose business address and telephone number is Thomas E. Bejin, Rader, Fishman & Grauer PLLC, 39533 Woodward Avenue, Suite 140, Bloomfield Hills, Michigan 48304, Telephone: (248) 594-0600, Facsimile: (248) 594-0610, teb@raderfishman.com, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant National Semiconductor Corporation.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, Electronic Case Filing.

Dated: October 14, 2009

_____
Judge Jeffrey S. White
UNITED STATES DISTRICT JUDGE