1  DANIEL J. BERGESON, Bar No. 105439
   dbergeson@be-law.com
2  MELINDA M. MORTON, Bar No. 209373
   mmorton@be-law.com
3  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
4  San Jose, CA 95110-2712
   Telephone: (408) 291-6200
5  Facsimile: (408) 297-6000

6  R. TERRANCE RADER, Esq., *pro hac vice*
   rtr@raderfishman.com
7  THOMAS E. BEJIN, Esq., *pro hac vice*
   teb@raderfishman.com
8  RADER, FISHMAN & GRAUER PLLC
   39533 Woodward Ave., Suite 140
9  Bloomfield Hills, Michigan 48304
   P: 248.594.0600
10 F: 248-594-0610

11 Attorneys for Defendant
   NATIONAL SEMICONDUCTOR CORPORATION
12

13                    UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15                         SAN FRANCISCO DIVISION

16

17 | GREGORY BENDER, | Case No. C09-01151 JSW |
|---|---|
| Plaintiff, | **SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER** |
| vs. | |
| NATIONAL SEMICONDUCTOR CORPORATION, a Delaware corporation, | Judge: Hon. Jeffrey S. White<br>Place: Courtroom 11 |
| Defendant. | Date Filed: March 16, 2009<br>Trial Date: None Set |

Defendant National Semiconductor Corporation hereby substitutes Daniel J. Bergeson, Esq. and Melinda M. Morton, Esq., Bergeson, LLP, 303 Almaden Blvd., Suite 500, San Jose, California 95110, (408) 291-6200 and R. Terrance Rader, *pro hac vice*, and Thomas E. Bejin, *pro hac vice*, Rader, Fishman & Grauer PLLC, 39533 Woodward Avenue, Suite 140, Bloomfield Hills, Michigan 48304, (248) 594-0600, as attorneys of record in place and stead of Paul Alexander, Howrey LLP, 1950 University Avenue, 4th Floor, East Palo Alto, CA 94303, (650) 798-3555.

Date:  October ___, 2009          BERGESON, LLP

                                                   /s/
                                                 Daniel J. Bergeson

I CONSENT TO THE ABOVE SUBSTITUTION:

Date:  October ____, 2009          HOWREY LLP

                                                 Paul Alexander

SUBSTITUTION OF ATTORNEY IS HEREBY ____ ACCEPTED     ____ DENIED.

Dated:  _____, 2009
                                                 Hon. Jeffrey S. White
                                                 United States District Judge

1     Defendant National Semiconductor Corporation hereby substitutes Daniel J. Bergeson, Esq. and Melinda M. Morton, Esq., Bergeson, LLP, 303 Almaden Blvd., Suite 500, San Jose, California 95110, (408) 291-6200 and R. Terrance Rader, *pro hac vice*, and Thomas E. Bejin, *pro hac vice*, Rader, Fishman & Grauer PLLC, 39533 Woodward Avenue, Suite 140, Bloomfield Hills, Michigan 48304, (248) 594-0600, as attorneys of record in place and stead of Paul Alexander, Howrey LLP, 1950 University Avenue, 4th Floor, East Palo Alto, CA 94303, (650) 798-3555.

Date: October 21, 2009        BERGESON, LLP

                                      /s/
                                    Daniel J. Bergeson

I CONSENT TO THE ABOVE SUBSTITUTION:

Date: October 22, 2009        HOWREY LLP

                                    Paul Alexander

SUBSTITUTION OF ATTORNEY IS HEREBY  X  ACCEPTED  ___ DENIED.

Dated: October 22, 2009

                                    Hon. Jeffrey S. White
                                    United States District Judge