```
 1  DANIEL J. BERGESON, Bar No. 105439
    dbergeson@be-law.com
 2  MELINDA M. MORTON, Bar No. 209373
    mmorton@be-law.com
 3  BERGESON, LLP
    303 Almaden Boulevard, Suite 500
 4  San Jose, CA 95110-2712
    Telephone:  (408) 291-6200
 5  Facsimile:   (408) 297-6000

 6  R. TERRANCE RADER, Esq., *pro hac vice*
    rtr@raderfishman.com
 7  THOMAS E. BEJIN, Esq., *pro hac vice*
    teb@raderfishman.com
 8  RADER, FISHMAN & GRAUER PLLC
    39533 Woodward Ave., Suite 140
 9  Bloomfield Hills, Michigan 48304
    P:  248.594.0600
10  F:  248-594-0610

11  Attorneys for Defendant
    NATIONAL SEMICONDUCTOR CORPORATION
12
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY BENDER,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>NATIONAL SEMICONDUCTOR<br>CORPORATION, a Delaware corporation,<br><br>　　　　　　　　　　　Defendant. | Case No. C09-01151 JSW<br><br>**SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER**<br><br>Judge:  Hon. Jeffrey S. White<br>Place:   Courtroom 11<br><br>Date Filed: March 16, 2009<br>Trial Date:  None Set |

---

SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER                                    C09-01151 JSW

Defendant National Semiconductor Corporation hereby substitutes Daniel J. Bergeson, Esq. and Melinda M. Morton, Esq., Bergeson, LLP, 303 Almaden Blvd., Suite 500, San Jose, California 95110, (408) 291-6200 and R. Terrance Rader, *pro hac vice*, and Thomas E. Bejin, *pro hac vice*, Rader, Fishman & Grauer PLLC, 39533 Woodward Avenue, Suite 140, Bloomfield Hills, Michigan 48304, (248) 594-0600, as attorneys of record in place and stead of Paul Alexander, Howrey LLP, 1950 University Avenue, 4th Floor, East Palo Alto, CA 94303, (650) 798-3555.

Date:  October ___, 2009          BERGESON, LLP

                              _____/s/_____
                              Daniel J. Bergeson

I CONSENT TO THE ABOVE SUBSTITUTION:

Date:  October ____, 2009          HOWREY LLP

                              _____
                              Paul Alexander

SUBSTITUTION OF ATTORNEY IS HEREBY ____ ACCEPTED     ____ DENIED.

Dated:  _____, 2009        _____
                              Hon. Jeffrey S. White
                              United States District Judge

---

SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER                     1                     Case No. C07-05892 MJJ

1      Defendant National Semiconductor Corporation hereby substitutes Daniel J. Bergeson, Esq. and Melinda M. Morton, Esq., Bergeson, LLP, 303 Almaden Blvd., Suite 500, San Jose, California 95110, (408) 291-6200 and R. Terrance Rader, *pro hac vice*, and Thomas E. Bejin, *pro hac vice*, Rader, Fishman & Grauer PLLC, 39533 Woodward Avenue, Suite 140, Bloomfield Hills, Michigan 48304, (248) 594-0600, as attorneys of record in place and stead of Paul Alexander, Howrey LLP, 1950 University Avenue, 4th Floor, East Palo Alto, CA 94303, (650) 798-3555.

Date: October 21, 2009        BERGESON, LLP

/s/
Daniel J. Bergeson

I CONSENT TO THE ABOVE SUBSTITUTION:

Date: October 20, 2009        HOWREY LLP

Paul Alexander

SUBSTITUTION OF ATTORNEY IS HEREBY  X  ACCEPTED  ___ DENIED.

Dated: October 22, 2009

Hon. Jeffrey S. White
United States District Judge