DANIEL J. BERGESON, Bar No. 105439
dbergeson@be-law.com
MELINDA M. MORTON, Bar No. 209373
mmorton@be-law.com
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone:  (408) 291-6200
Facsimile:   (408) 297-6000

R. TERRANCE RADER, Esq., (*Pro Hac Vice*)
rtr@raderfishman.com
THOMAS E. BEJIN, Esq., (*Pro Hac Vice*)
teb@raderfishman.com
RADER, FISHMAN & GRAUER PLLC
39533 Woodward Ave., Suite 140
Bloomfield Hills, Michigan 48304
Telephone:  (248) 594-0600
Facsimile:   (248) 594-0610

Attorneys for Defendant
NATIONAL SEMICONDUCTOR CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY BENDER, an individual,<br><br>                                    Plaintiff,<br><br>    vs.<br><br>NATIONAL SEMICONDUCTOR<br>CORPORATION, a Delaware corporation,<br><br>                                    Defendant. | Case No. C09-01151 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER RE: CASE MANAGEMENT CONFERENCE**<br><br>Judge:  Hon. Jeffrey S. White<br><br>Date Filed:  March 16, 2009<br>Trial Date: None |

Pursuant to Civil L.R. 6-2 and 7-12, Plaintiff Gregory Bender ("Bender") and Defendant National Semiconductor Corporation ("National Semiconductor"), hereby stipulate and request an order to change the date set for the Court's initial case management conference in this action, and the deadlines for the filing of a joint case management statement with the Court and service of a responsive pleading as follows:

1. The Court's initial case management conference, previously scheduled for December 11, 2009, shall be heard on February 5, 2010; at 1:30 p.m.;

2. The parties shall file a joint case management statement pursuant to Civil L.R. 16-9 by January 29, 2010; and

3. The parties shall exchange Rule 26 disclosures on or before January 29, 2010.

Good cause exists for the requested change of time. National Semiconductor filed a motion to dismiss the Amended Complaint, and the hearing is scheduled for December 11, 2009. In view of these developments, the parties respectfully request that the Court grant this Stipulation to Change Date.

One previous time modification has occurred in this action in connection with National Semiconductor's motion to dismiss the original Complaint.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: December 3, 2009         BERGESON, LLP

                                By: _____/s/_____
                                Melinda M. Morton, Esq.
                                Attorneys for National Semiconductor

Dated: December 3, 2009         DAVID N. KUHN

                                By: _____/s/_____
                                David N. Kuhn, Esq
                                Attorney for Bender

1 **ORDER**

2     In accordance with the foregoing stipulation of the parties, and with good cause appearing

3 therefor, the Court enters the Stipulation as an Order of the Court.

4 IT IS SO ORDERED.

5     Dated: <u>December 4,</u>    , 2009        By: *Jeffrey S White*

6                                               Honorable Jeffrey S. White

7                                               United States District Judge