UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY BENDER,              )<br>                              )<br>          Plaintiff(s),   )<br>                              )<br>     v.                      )<br>                              )<br>NATIONAL SEMICONDUCTOR       )<br>CORP.,                        )<br>                              )<br>          Defendant(s).     )<br>_____) | No. C09-1151 JSW (BZ)<br><br>**INITIAL DISCOVERY ORDER** |

    All discovery in this matter has been referred to United States Magistrate Judge Bernard Zimmerman.

    In the event a discovery dispute arises, the parties shall meet in person or, if counsel are outside the Bay Area, by telephone and make a good faith effort to resolve their dispute.  Exchanging letters or telephone messages about the dispute is insufficient.  The Court will not read subsequent positioning letters; parties shall instead make a contemporaneous record of their meeting using a tape recorder or a court reporter.

    In the event they cannot resolve their dispute, the parties must participate in a telephone conference with the Court **before** filing any discovery motions or other papers.

1

1  The party seeking discovery shall request a conference in a
2  letter **filed electronically** not exceeding two pages (with no
3  attachments) which briefly explains the nature of the action
4  and the issues in dispute.  Other parties shall reply in
5  similar fashion within two days of receiving the letter
6  requesting the conference.  The Court will contact the parties
7  to schedule the conference.

8       After the conference with the Court, if filing papers is
9  deemed necessary, they should be filed **electronically** with the
10 Clerk's Office, with **one hard copy delivered directly to**
11 **Magistrate Judge Zimmerman's Chambers (Room 15-6688)**.  A
12 chambers copy of all briefs shall be submitted on a diskette
13 formatted in WordPerfect or e-mailed to the following address:
14 **bzpo@cand.uscourts.gov**
15 Dated: February 9, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

19 G:\BZALL\-REFS\BENDER V. NATL.SEMICONDUCTOR\INITIAL DISC ORDER.wpd