1  DANIEL J. BERGESON, Bar No. 105439
   dbergeson@be-law.com
2  MELINDA M. MORTON, Bar No. 209373
   mmorton@be-law.com
3  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
4  San Jose, CA 95110-2712
   Telephone: (408) 291-6200
5  Facsimile: (408) 297-6000

6  R. TERRANCE RADER, Esq., (*Pro Hac Vice*)
   rtr@raderfishman.com
7  THOMAS E. BEJIN, Esq., (*Pro Hac Vice*)
   teb@raderfishman.com
8  RADER, FISHMAN & GRAUER PLLC
   39533 Woodward Ave., Suite 140
9  Bloomfield Hills, Michigan 48304
   Telephone: (248) 594-0600
10 Facsimile: (248) 594-0610

11 Attorneys for Defendant
   NATIONAL SEMICONDUCTOR CORPORATION
12

13              UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15                  SAN FRANCISCO DIVISION

16

| | |
|---|---|
| 17  GREGORY BENDER, an individual, | Case No. C09-01151 JSW |
| 18                             Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE: INVALIDITY CONTENTIONS** |
| 19       vs. | |
| 20  NATIONAL SEMICONDUCTOR CORPORATION, a Delaware corporation, | Judge: Hon. Jeffrey S. White |
| 21                             Defendant. | Date Filed: March 16, 2009<br>Trial Date: None |

STIPULATION AND [PROPOSED] ORDER                                      C09-01151 JSW

Plaintiff Gregory Bender ("Bender") served infringement contentions on Defendant National Semiconductor Corporation ("National Semiconductor") on February 19, 2010. National Semiconductor contends that Bender's infringement contentions fail to comply with Patent L.R. 3-1. In accordance with Magistrate Judge Zimmerman's Initial Discovery Order dated February 9, 2010, Bender and National Semiconductor will meet and confer on the issue of compliance with Patent L.R. 3-1 and participate in a conference with Magistrate Judge Zimmerman before filing any discovery or other motion. Until the issue of compliance is resolved, the parties agree that National Semiconductor shall be relieved from its obligations under Patent L.R. 3-3 and 3-4.

THE PARTIES HEREBY STIPULATE THAT:

Defendant National Semiconductor shall relieved from its obligations under Patent L.R. 3-3 and 3-4 until 45 days following the final resolution of the issue regarding whether Bender's infringement contentions or supplemental infringement contentions comply with Patent L.R. 3-1.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: March 31, 2010            BERGESON, LLP

                                 By: _____/s/_____
                                 Melinda M. Morton, Esq.
                                 Attorneys for National Semiconductor

Dated: March 31, 2010            DAVID N. KUHN

                                 By: _____/s/_____
                                 David N. Kuhn, Esq.
                                 Attorney for Bender

---
STIPULATION AND [PROPOSED] ORDER       1
                                       C09-01151 JSW

## ORDER

In accordance with the foregoing stipulation of the parties, the Court enters the Stipulation as an Order of the Court.

IT IS SO ORDERED.

Dated: March 31, 2010

By: *Jeffrey S White*
Honorable Jeffrey S. White
United States District Judge