| | |
|---|---|
| 1 | DANIEL J. BERGESON, Bar No. 105439 |
|   | dbergeson@be-law.com |
| 2 | MELINDA M. MORTON, Bar No. 209373 |
|   | mmorton@be-law.com |
| 3 | BERGESON, LLP |
|   | 303 Almaden Boulevard, Suite 500 |
| 4 | San Jose, CA 95110-2712 |
|   | Telephone:  (408) 291-6200 |
| 5 | Facsimile:   (408) 297-6000 |

R. TERRANCE RADER, Esq., (*Pro Hac Vice*)
rtr@raderfishman.com
THOMAS E. BEJIN, Esq., (*Pro Hac Vice*)
teb@raderfishman.com
RADER, FISHMAN & GRAUER PLLC
39533 Woodward Ave., Suite 140
Bloomfield Hills, Michigan 48304
Telephone:  (248) 594-0600
Facsimile:   (248) 594-0610

Attorneys for Defendant
NATIONAL SEMICONDUCTOR CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY BENDER, an individual, | Case No. C09-01151 JSW (BZ) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE: SUPPLEMENTAL INFRINGEMENT CONTENTIONS** |
| vs. | |
| NATIONAL SEMICONDUCTOR CORPORATION, a Delaware corporation, | Judge: Hon. Jeffrey S. White |
| | Ctrm:  11 |
| Defendant. | Date Filed: March 16, 2009 |
| | Trial Date:  None |

STIPULATION AND [PROPOSED] ORDER                                                                         C09-01151 JSW (BZ)

1    Plaintiff Gregory Bender ("Bender") served infringement contentions on Defendant National Semiconductor Corporation ("National Semiconductor") on February 19, 2010.  National Semiconductor contended that Bender's infringement contentions failed to comply with Patent L.R. 3-1.  In accordance with Magistrate Judge Zimmerman's Initial Discovery Order dated February 9, 2010, Bender and National Semiconductor conducted a tape-recorded meet and confer on April 8, 2010 regarding the issue of compliance with Patent L.R. 3-1.  Following the meet and confer, Bender agreed that he will provide supplemental infringement contentions by May 20, 2010 that are compliant with Patent L.R. 3-1 and include information regarding the accused products in accordance with Judge Patel's order dated March 23, 2010 in *Bender v. Broadcom* (entered as D.I. 49 in Northern District of California, Civil Case Number 3:09-cv-01147-MHP).

THE PARTIES HEREBY STIPULATE THAT:

Plaintiff shall provide supplemental infringement contentions by May 20, 2010 that comply with Patent L.R. 3-1 and include the following information:

a) A detailed description of the information that plaintiff, plaintiff's counsel, or his expert(s) reviewed and analyzed in order to prepare the initial and the supplemental infringement contentions, including all efforts made to acquire, inspect, reverse engineer, or study the accused products.

b) A detailed description of the similarities between any "representative" products and the 332 accused products that they allegedly represent.

As previously set forth in this Court's Order dated March 31, 2010, National Semiconductor is relieved from its obligations under Patent L.R. 3-3 and 3-4 until 45 days following the final resolution of the issue regarding whether Bender's infringement contentions or supplemental infringement contentions comply with Patent L.R. 3-1.

///

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: April 16, 2010        BERGESON, LLP

By: _____/s/_____
Melinda M. Morton, Esq.
Attorneys for National Semiconductor

In accordance with General Order No. 45, Rule X, the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

Dated: April 16, 2010        DAVID N. KUHN

By: _____/s/_____
David N. Kuhn, Esq.
Attorney for Bender

### **ORDER**

In accordance with the foregoing stipulation of the parties, the Court enters the Stipulation as an Order of the Court.

IT IS SO ORDERED.

Dated: __April 19__, 2010        By: _/s/ Jeffrey S. White_____
Honorable Jeffrey S. White
United States District Judge