1  David N. Kuhn - State Bar No. 73389
   Attorney-at-Law
2  144 Hagar Avenue
   Piedmont, CA 94611
3  Telephone:(510)653-4983
   E-mail: dnkuhn@pacbell.net
4  Attorney for plaintiff Gregory Bender


                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                       SAN FRANCISCO DIVISION


GREGORY BENDER,                    ) Case No. C 09-01151 JSW
                                   )
         plaintiff and             ) [PROPOSED] ORDER OF DISMISSAL
         counter-defendant,        )
vs.                                )
                                   )
NATIONAL SEMICONDUCTOR             )
CORPORATION, a                     )
Delaware corporation,              )
                                   )
         defendant and             )
         counter-claimant.         )

     CAME ON THIS DAY for consideration of the Stipulated Motion

for Dismissal of all claims asserted by plaintiff and counter-

defendant Gregory Bender against defendant and counter-claimant

National Semiconductor Corporation and of all claims asserted by

defendant and counter-claimant National Semiconductor Corporation

against plaintiff and counter-defendant Gregory Bender in this

action, with prejudice, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED, AND DECREED that all claims asserted in this action by plaintiff and counter-defendant Gregory Bender against defendant and counter-claimant National Semiconductor Corporation and all claims asserted in this action by defendant and counter-claimant National Semiconductor Corporation against plaintiff and counter-defendant Gregory Bender are hereby dismissed, with prejudice.

It is further ORDERED that all costs, expenses, and attorneys' fees are to be borne by the party that incurred them.

IT IS SO ORDERED.

Dated: May 12, 2010

_____
UNITED STATES DISTRICT JUDGE